14

Granted. So ordered.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| WINDHAM TRADING CORPORATION | CIVIL ACTION NO. |
| --- | --- |
| PLAINTIFF | 3:03cv00226 (CFD) |
| VS. | CIVIL ACTION NO. |
| BARTH AND DREYFUSS OF CALIFORNIA, INC.[1] | 3:03cv00546 (AWT) |
| DEFENDANT | July 29, 2003 |

### MOTION ON CONSENT TO CONSOLIDATE

Pursuant to Fed. R. Civ. P. 42, the defendant Barth and Dreyfuss of California (hereinafter, "B&D") hereby moves that the Court consolidate the two above-captioned matters. The parties in each action are identical, and the actions involve common questions of law and fact. As such, these actions are appropriate candidates for consolidation. A memorandum of law in support hereof is attached hereto.

---

[1] Although the defendant is listed as "Barth and Dreyfuss of California, Inc." in the Complaint, its correct legal name is "Barth & Dreyfuss of California".