FILED

NOV 25 A 10: 57

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT COURT
HARTFORD CT

------------------------------------------------x
WINDHAM TRADING CORPORATION,         :   CIVIL ACTION NO.
                                     :   3:03 CV 226 (CFD)
           Plaintiff,                :   CONSOLIDATED
                                     :
                                     :
     V.                              :
                                     :
BARTH & DREYFUSS OF CALIFORNIA,      :
                                     :
                                     :
           Defendant.                :   NOVEMBER 24, 2003
------------------------------------------------x

## JOINT STATUS REPORT

Pursuant to this Court's Order dated November 3, 2003, the parties hereby submit the instant Joint Status Report. At the outset, the parties wish to bring to the Court's attention the fact that because this action was consolidated, the parties have filed two Reports of Parties' Planning Meetings requesting that the Court modify the deadlines in the Standing Order on Scheduling in Civil Cases. The Court has not ruled on either Report of Parties' Planning Meeting. Accordingly, with this Joint Status Report, the parties are concurrently filing a Joint Motion To Modify the Scheduling Order to make the deadlines consistent with the dates in the Report of Parties' Planning Meeting filed in the later filed case, Civil Action No. 3:03 CV 546 (AWT), so as not to prejudice either case. The deadlines set forth in this Joint Status Report are those set forth in the Report of Parties' Planning Meeting filed in Civil Action No. 3:03 CV 546 (AWT). The parties reserve the right to supplement their answers as the case progresses.

**A. Nature of the Case**

1.) Nature of the Matter, Relief Requested, Relationship of Case to Other Actions.

In this consolidated action the Plaintiff, Windham Trading Corporation ("Windham"), alleges violation by Defendant of two of its Copyrights – the first is known as "Fowl Play," copyright registration number VAu 483-457. The second is known as "Leaf Shadow," copyright registration number VAu 479-784. In addition, Windham asserts that the distinctive appearance

of these patterns constitute trade dress owned by Windham which is protected by section 43(a) of the Lanham Act.

In this action, Plaintiff alleges that the Defendant, Barth & Dreyfuss of California ("Barth & Dreyfuss") is impermissibly manufacturing and/or selling textiles containing the above referenced copyrighted patterns that infringe upon Windham's copyright and trade dress rights. As a result, Windham is seeking to have the Defendant cease and desist from further use of the patterns and compensate Windham for losses associated with the violations.

The Defendant denies Plaintiff's allegations and has asserted thirteen (13) Special Defenses. Because this case was consolidated on or about October 31, 2003, there are presently no other related actions.

2.) **Pending Motions.**

None at this time.

3.) **Fact Finder.**

A jury trial has been requested.

B. **Discovery**

1. Discovery is not complete. The Report of Parties' Planning Meeting filed in Civil Action No. 3:03 CV 546 (AWT) presently provides that discovery should be completed by August 16, 2004.

C. **Settlement**

1. There have been no settlement conferences to date.

2. N/A.

3. The parties believe a Settlement Conference would be beneficial at this time, prior to undertaking significant and costly discovery.

D. **Trial Preparation**

1. The case will be ready for trial in December, 2004.

2. Discovery will need to be completed.

3. Additional pleadings may be anticipated but given the presently early status of discovery their nature is unclear at the moment.

4. The Joint Trial Memorandum is due on December 5, 2004 in accordance with the dates set forth in the Report of Parties' Planning Meeting filed in Civil Action No. 3:03 CV 546 (AWT).

                              THE PLAINTIFF,
                              WINDHAM TRADING CORPORATION

By: _____
     Deborah M. Garskof (ct18779)
     Ury & Moskow, LLC
     883 Black Rock Turnpike
     Fairfield, CT  06825
     203-610-6393 phone
     203-610-6399 fax
     deborah@urymoskow.com

                              THE DEFENDANT,
                              BARTH & DREYFUSS OF CALIFORNIA

By: _____
     Jonathan S. Kagan, Esq. (ct21957)
     Irell & Manella LLP
     1800 Avenue of the Stars, Suite 900
     Los Angeles, CA  90067-4276
     310-277-1010 phone
     310-203-7199 fax

## CERTIFICATION

This is to certify that a copy of the foregoing Joint Status Report was mailed this 24th day of November, 2003, to the following:

Jonathan S. Kagan, Esq. (ct21957)
Irell & Manella LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA 90067-4276
310-277-1010 phone
310-203-7199 fax

James T. Shearin, Esq. (ct01326)
Peter S. Olson, Esq. (ct16149)
Pullman & Comley, LLC
850 Main Street, P.O. Box 7006
Bridgeport, CT 06601-7006
203-330-2000 phone
203-576-8888 fax

_____
Deborah M. Garskof