


## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT AT HARTFORD

-----------------------------------------------------------------X
WINDHAM TRADING CORPORATION,          :       CIVIL ACTION NO.
                                      :       3:03 CV 226 (CFD)
          Plaintiff,                  :       CONSOLIDATED
                                      :
                                      :
V.                                    :
                                      :
BARTH & DREYFUSS OF CALIFORNIA,       :
                                      :
                                      :
          Defendant.                  :       NOVEMBER 24, 2003
-----------------------------------------------------------------X

### JOINT MOTION TO MODIFY THE SCHEDULING ORDER

The Plaintiff, Windham Trading Corporation, and the Defendant, Barth & Dreyfuss of California, hereby jointly move for an order Modifying the Scheduling Order in the above referenced matter to make the deadlines consistent with the deadlines set forth in the Report of Parties' Planning Meeting filed in the matter known as <u>Windham Trading Corporation v. Barth & Dreyfuss of California</u>, Civil Action No. 3:03 CV 546 (AWT) and dated July 11, 2003. (A copy of the Report of Parties' Planning Meeting is attached hereto.) This matter was transferred on September 17, 2003 and ordered consolidated with <u>Windham Trading Corporation v. Barth & Dreyfuss of California</u>, Civil Action No. 3:03 CV 226 (CFD) on October 31, 2003. The consolidated docket number is 3:03 CV 226 (CFD). In support of this Motion, the parties state that it does not appear that either Scheduling Order from either Report of Parties' Planning