FILED

US DISTRICT COURT
HARTFORD CT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT
-----------------------------------------------------------X
WINDHAM TRADING CORPORATION,           :     CIVIL ACTION NO.
                                       :     303 CV 226 (CFD)
            Plaintiff,                 :
                                       :
                                       :
    V.                                 :
                                       :
BARTH & DREYFUSS OF CALIFORNIA         :
                                       :
            Defendant.                 :     June 9, 2003
-----------------------------------------------------------X

**REPORT OF PARTIES' PLANNING MEETING**

Date Complaint Filed: February 3, 2003

Date Complaint Served: February 7, 2003

Date of Defendant's Appearance: By Appearance, Corporate Disclosure Statement and Answer
                                dated April 29, 2003

    Pursuant to Fed. R.Civ.P. 16(b), 26(f) and D.Conn. L.Civ.R.38, a conference was held on May 29, 2003. The participants were:

Deborah M. Garskof, Esq., for Plaintiff, Windham Trading Corporation
Jonathan S. Kagan, Esq., for Defendant, Barth & Dreyfuss of California

    I. **Certification**. Undersigned counsel certify that, after consultation with their clients, they have discussed the nature and basis of the parties' claims and defenses and any possibilities for achieving a prompt settlement or other resolution of the case and, in consultation with their clients, have developed the following proposed case management plan. Counsel further certify that they have forwarded a copy of the report to their clients.

[Handwritten margin notes: "13", "Denied as moot. So ordered. CFD 12/9/03"]