UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WINDHAM TRADING CORPORATION,<br>    Plaintiff, | : <br> : <br> : |
| v. | :    Civil Action No. 3:03CV226(CFD)<br> :                     3:03CV546(CFD) |
| BARTH & DREYFUSS OF CALIFORNIA,<br>    Defendant. | : <br> : |

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Thomas P. Smith for the following purposes:

\_\_\_\_ All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

\_\_\_\_ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

\_\_\_\_ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

\_\_\_\_ A ruling on the following motion which is currently pending:(orefm.)

__X__ A settlement conference (orefmisc./cnf)

\_\_\_\_ A conference to discuss the following: (orefmisc./cnf)_____

\_\_\_\_ Other: (orefmisc./misc) _____

SO ORDERED this 9th day of December 2003, at Hartford, Connecticut.

CHRISTOPHER F. DRONEY
UNITED STATES DISTRICT JUDGE