UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

------------------------------------------------------------------X
| WINDHAM TRADING CORPORATION | : | CIVIL ACTION NO. |
|---|---|---|
| | : | 3:03 CV 226 (CFD) |
| Plaintiff, | : | 3:03 CV 546 (CFD) |
| | : | |
| V. | : | |
| | : | |
| BARTH and DREYFUSS OF CALIFORNIA, INC. | : | |
| | : | |
| Defendant. | : | APRIL 26, 2004 |

------------------------------------------------------------------X

### STIPULATION RE: DISMISSAL WITH PREJUDICE

The Plaintiff, Windham Trading Corporation, and the Defendant, Barth & Dreyfuss of California, hereby consent to the dismissal of the above-said consolidated action as against Barth & Dreyfuss of California, with prejudice. Neither party shall be entitled to costs or attorney's fees. This Court shall retain jurisdiction to enforce the confidential settlement agreement executed by and between the parties as provided in the confidential settlement agreement.

|  | THE PLAINTIFF,<br>WINDHAM TRADING<br>CORPORATATION | | THE DEFENDANT,<br>BARTH & DREYFUSS OF<br>CALIFORNIA |
|---|---|---|---|
| By: | *[signature]*<br>Deborah M. Garskof, Esq.<br>Ury & Moskow, LLC<br>883 Black Rock Turnpike<br>Fairfield, CT 06825<br>Federal Bar No. ct18779<br>203-610-6393 phone<br>203-610-6399 fax | By: | *[signature]*<br>Jonathan S. Kagan, Esq.<br>Irell & Manella LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA 90067-4276<br>Federal Bar No. ct21957<br>310-277-1010 phone<br>310-203-7199 fax |

## CERTIFICATION

      This is to certify that a copy of the foregoing Stipulation Re: Dismissal with Prejudice was mailed this 29th day of April, 2004 to the following:

| | |
|---|---|
| Jonathan S. Kagan, Esq.<br>Irell & Manella LLP<br>1800 Avenue of the Stars<br>Los Angeles, CA 90067-4276<br>310-277-1010 phone<br>310-203-7199 fax | James T. Shearin, Esq. (ct01326)<br>Peter S. Olson, Esq. (ct16149)<br>Pullman & Comley, LLC<br>850 Main Street, P.O. Box 7006<br>Bridgeport, CT 06601-7006<br>203-330-2000 phone<br>203-576-8888 fax |

_____
Deborah M. Garskof, Esq.