UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

WINDHAM TRADING CORP

V.                                Case Number: 3:03CV 226 (CFD

BARTH & DREYFUSS OF CALIFORNIA INC

**ORDER**

     **Stipulation for Dismissal of Case** Doc. # **23** - **ORDERED ACCORDINGLY**

Dated at Hartford, Connecticut, May 4, 2004.

         KEVIN F. ROWE, CLERK

         By: _____
             FIDELIS BASILE
             Deputy Clerk